UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY WHITE,<br><br>                           Plaintiff,<br><br>-against-<br><br>ANTHONY ANNUCCI, Commissioner, NYS DOCCS; JOSEPH SERGEANT; JOHN DOE, Officer in Charge; JOHN DOE, Escorting Officer,<br><br>                           Defendants. | 23-CV-6901 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 4, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 4, 2023
             New York, New York

                                                     /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                        Chief United States District Judge